UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANIE RILEY, on behalf of herself and all others similarly situated,

                     Plaintiffs,

-against-

ONE KINGS LANE, LLC,

                     Defendant.

24-CV-3843 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **August 23, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: August 9, 2024
       New York, New York

                                          SO ORDERED.

                                          JESSICA G. L. CLARKE
                                          United States District Judge