UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AMANIE RILEY, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

One Kings Lane, LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case 1:24-cv-03843-JGLC

NOTICE OF MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, AMANIE RILEY, hereby move, at a date and time to be set by the Court, before the Honorable Judge Jessica G. L. Clarke at the Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 11B, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum of Law in Support of the Motion for Default Judgment, Affirmation in Support of the Motion for Default Judgment, and the accompanying Exhibits.

Dated: August 14, 2024

Hicksville, New York

                **MARS KHAIMOV LAW, PLLC**

                By: */s/ Mars Khaimov*
                Mars Khaimov, Esq.
                mars@khaimovlaw.com
                100 Duffy Ave., Suite 510
                Hicksville, New York 11801
                Tel: (929) 324-0717
                *Attorneys for Plaintiff*