```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amanie Riley,

                 Plaintiff,

-against-

One Kings Lane, LLC,

                 Defendant.

1:24-cv-03843 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on November 14, 2024, Judge Clarke entered an Order finding that Plaintiff is entitled to a default judgment against Defendant (11/14/2024 Order, ECF No. 17); and

WHEREAS, Judge Clarke referred this case to the undersigned for an inquest to determine the judgment to be entered (*see id.*; *see also* Order of Ref., ECF No. 18); and

WHEREAS, on November 18, 2024, the undersigned issued an Order requiring Plaintiff, no later than December 16, 2024, to file a submission regarding the relief she seeks with citations to appropriate legal authority; and

WHEREAS, on December 19, 2024, Plaintiff belatedly filed an Attorney Affidavit (Khaimov Aff., ECF No. 20) that is deficient in that it does not appear to set forth all the relief she seeks,[1] and does not contain any citations to legal authority.

NOW, THEREFORE, it is hereby ORDERED, as follows:

---

[1] For example, the Complaint in this action seeks injunctive and declaratory relief (*see* Compl., ECF No. 1, at p. 28), and the Proposed Default Judgment previously submitted by Plaintiff contains provisions for injunctive and declaratory relief. (*See* Proposed Judgment, ECF No. 14, at 1-2.) However, the Attorney Affidavit does not address injunctive or declaratory relief.

1. No later than January 10, 2025, Plaintiff shall file a supplemental submission meeting the following requirements:

    a. The submission shall set forth all the relief that Plaintiff seeks in the judgment sought to be entered in this case;

    b. The submission shall contain citations to legal authority supporting all the relief sought; and

    c. In the submission, Plaintiff shall SHOW CAUSE why her claims should not be dismissed in light of recent decisions in this District finding that websites with no adjunct brick-and-mortar stores are not places of public accommodation within the meaning of the law on which Plaintiff bases her claims. *See Sookul v. Fresh Clean Threads, Inc.*, No. 23-CV-10164, 2024 WL 4499206 (S.D.N.Y. Oct. 16, 2024); *Mejia v. High Brew Coffee, Inc.*, 22-CV-33676, 2024 WL 4350912 (S.D.N.Y. Sept. 30, 2024).

2. Plaintiff shall serve Defendant with a copy of the supplemental submission and, no later January 13, 2015, file proof of service on the docket. Plaintiff shall include with such service a copy of this Order.

**SO ORDERED.**

DATED:   New York, New York
         December 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge